UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| LYLE HUNTINGTON RICHARDSON SMITH, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 2:15-CV-241 ) |
| SARAH YANKEE SMITH, *et al.*, | ) ) |
| Defendants. | ) |

## JUDGMENT

The Honorable J. Ronnie Greer, United States District Judge, having rendered a decision on the matter, it is **ORDERED** and **ADJUDGED** that the plaintiff take nothing and that the plaintiff's claims in Count 1 and Count 2 of the Amended Complaint against all defendants be **DISMISSED WITH PREJUDICE**. It is further **ORDERED** and **ADJUDGED** that the plaintiff's remaining claims for relief in Counts 3 through 17 of the Amended Complaint be **DISMISSED WITHOUT PREJUDICE** against all defendants.

ENTER:

s/ *Debra C. Poplin*\_\_\_\_
District Court Clerk
